UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:	KWANG BUM KIM	:	CHAPTER 13
		:	NO. 25-12524DJB

ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the within Motion to Extend Time to File Required Documents, after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that Debtor shall file all required documents with the Court on or before **July 22, 2025**

_____
DEREK J. BAKER,
United States Bankruptcy Judge

**Date: July 9, 2025**