United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 25-12524-djb
Kwang Bum Kim | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Oct 31, 2025     Form ID: pdf900     Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kwang Bum Kim, 203 Winged Foot Drive, Blue Bell, PA 19422-3211 |
| 15031395 | + | JHSK, Inc., 8605 Germantown Avenue, Philadelphia, PA 19118-2828 |
| 15024443 | + | Lakeview Loan Servicing, LLC, c/o Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15026541 | + | Sun Ja Kim, 203 Winged Foot Drive, Blue Bell, PA 19422-3211 |
| 15026542 | + | Tollgate Commons LLC, 101 Cowpath Road, Lansdale, PA 19446-1119 |
| 15026543 | + | US Department of Labor, 170 S. Independence Mall West, The Curtis Center, Suite 630 East, Philadelphia, PA 19106-3323 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 01 2025 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 01 2025 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15026534 | + | Email/PDF: bncnotices@becket-lee.com | Nov 01 2025 00:38:17 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15037897 | | Email/PDF: bncnotices@becket-lee.com | Nov 01 2025 00:38:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15026535 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 01 2025 00:31:00 | Bank of America, 201 N. Tryon Street, NC1-022-08-15, Charlotte, NC 28255-0001 |
| 15026536 | + | Email/Text: bankruptcycollections@citadelbanking.com | Nov 01 2025 00:31:00 | Citadel FCU, 520 Eagle View Blvd., Exton, PA 19341-1119 |
| 15026537 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 01 2025 00:31:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15045598 | + | Email/Text: BNCnotices@dcmservices.com | Nov 01 2025 00:31:00 | JEFFERSON HEALTH, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15026538 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 01 2025 00:38:13 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15026539 | ^ | MEBN | Nov 01 2025 00:26:16 | KML Law Group, P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15024197 | ^ | MEBN | Nov 01 2025 00:26:17 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15045674 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 01 2025 00:31:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15026540 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 01 2025 00:31:00 | Loancare LLC, 3637 Sentara Way, Suite 303, |

| 15027644 | ^ MEBN | | Nov 01 2025 00:26:08 | Virginia Beach, VA 23452-4262 |
|---|---|---|---|---|
| | | | | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15031391 | *+ | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15031392 | *+ | Bank of America, 201 N. Tryon Street, NC1-022-08-15, Charlotte, NC 28255-0001 |
| 15031393 | *+ | Citadel FCU, 520 Eagle View Blvd., Exton, PA 19341-1119 |
| 15031394 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15031396 | *+ | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15031397 | *+ | KML Law Group, P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15031398 | *+ | Loancare LLC, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 15031399 | *+ | Sun Ja Kim, 203 Winged Foot Drive, Blue Bell, PA 19422-3211 |
| 15031400 | *+ | Tollgate Commons LLC, 101 Cowpath Road, Lansdale, PA 19446-1119 |
| 15031401 | *+ | US Department of Labor, 170 S. Independence Mall West, The Curtis Center, Suite 630 East, Philadelphia, PA 19106-3323 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. MUDRICK | on behalf of Debtor Kwang Bum Kim dpmudrick@verizon.net g30229@notify.cincompass.com;mudrick.danielb128559@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    KWANG BUM KIM | Chapter 13 |
| | Bankruptcy No. 25-12524-DJB |
|     Debtor | |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Derek J. Baker
Bankruptcy Judge

**Date: October 31, 2025**